**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**NANCY ANN SIMS**                                                                 **PLAINTIFF**

**VS.**                                                     **4:19-CV-00399-BRW**

**FAULKNER COUNTY, ARKANSAS,** *et. al.*                                **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today granting Defendants' Motion for Summary

Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 24th day of August, 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE